# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0112.  STEVENS v. SUPERIOR COURT OF DOUGHERTY COUNTY.**

This petition for a writ of mandamus was transferred to this Court by the Supreme Court of Georgia. In it, petitioner Yakenski Stevens asks for a writ ordering the trial court to rule on his motion in arrest of judgment.

According to the Supreme Court of Georgia, we are authorized "to grant a writ of mandamus only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments." *Arnold v. Alexander*, 321 Ga. 330, 335 (914 SE2d 311) (2025). Because Stevens asks us to issue a writ in a matter not connected to this Court's appellate jurisdiction, his petition does not satisfy the requirements of Rule 40 (c) and is therefore DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/23/2025*

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*